S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAGARY WILLIAMS,<br>　a/k/a "Frog,"<br>BRANDON ECTOR,<br>　a/k/a "Big,"<br>DAMON HAYES,<br>　a/k/a "D - 5,"<br>QUINTAVIOUS HORTON,<br>　a/k/a "Bloody Bae,"<br>TRAVARIOUS DAVIS,<br>　a/k/a "D Red,"<br>ALONZO VASSER<br>　a/k/a "Tic"<br>ANTONIO MASON,<br>DEREK INGRAM,<br>KIMDRA WILKERSON,<br>JOHNNIE HALLIGAN,<br>BILLY HARPER,<br>EARNEST HAMILTON,<br><br>　　Defendants. | INDICTMENT<br><br>CRIMINAL NO. 5:22-CR- 40<br><br>**FILED UNDER SEAL**<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846<br>21 U.S.C. § 841 (a)(1)<br>21 U.S.C. § 841 (b)(1)(A)<br>21 U.S.C. § 841 (b)(1)(B)<br>21 U.S.C. § 841 (b)(1)(C)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES)

From on or about July 1, 2020, and continuing to on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere, the defendants,

**LAGARY WILLIAMS,**
a/k/a "Frog,"
**BRANDON ECTOR,**
a/k/a "Big,"

**DAMON HAYES,**
a/k/a "D - 5,"
**QUINTAVIOUS HORTON,**
a/k/a "Bloody Bae,"
**TRAVARIOUS DAVIS,**
a/k/a "D Red,"
**ALONZO VASSER**
a/k/a "Tic"
**ANTONIO MASON,**
**DEREK INGRAM,**
**KIMDRA WILKERSON,**
**JOHNNIE HALLIGAN,**
**BILLY HARPER,**
**EARNEST HAMILTON,**

knowingly and intentionally conspired and agreed together and with each other, and other persons both known and unknown to the Grand Jury, to commit the following offenses against the United States, to possess with intent to distribute and to distribute controlled substances, to wit: 50 grams or more of methamphetamine, a Schedule II controlled substance; 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance; and a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, in an amount of four hundred (400) grams or more; All in violation of Title 21 United States Code, Section 846, in connection with Title 21, United States Code, Section 841(a)(1), Section 841(b)(1)(A)(viii), Section 841(b)(1)(B)(ii)(II), Section 841(b)(1)(C), and Section 841(b)(1)(A)(vi).

Before Damon Hayes committed the offense charged in this count, Damon Hayes had a final conviction for a serious drug felony, namely, a conviction under Georgia law for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before Travarious Davis committed the offense charged in this count, Travarious Davis had a final conviction for a serious drug felony, namely, a conviction under Georgia law for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before Alonzo Vasser committed the offense charged in this count, Alonzo Vasser had a final conviction for a serious drug felony, namely, a conviction under Georgia law for for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT TWO
## (DISTRIBUTION OF COCAINE BASE)

That on or about December 7, 2020, in the Macon Division of the Middle District of Georgia, the defendant,

**DAMON HAYES,**
a/k/a "D - 5,"

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

Before Damon Hayes committed the offense charged in this count, Damon Hayes had a final conviction for a serious drug felony, namely, a conviction under Georgia law for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT THREE
## (DISTRIBUTION OF COCAINE BASE)

That on or about December 10, 2020, in the Macon Division of the Middle District of Georgia, the defendant,

**DAMON HAYES,**
a/k/a "D - 5,"

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

Before Damon Hayes committed the offense charged in this count, Damon Hayes had a final conviction for a serious drug felony, namely, a conviction under Georgia law for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT FOUR
## (DISTRIBUTION OF COCAINE BASE)

That on or about March 20, 2021, in the Macon Division of the Middle District of Georgia, the defendant,

**DAMON HAYES,**
a/k/a "D - 5,"

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

Before Damon Hayes committed the offense charged in this count, Damon Hayes had a final conviction for a serious drug felony, namely, a conviction under Georgia law for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT FIVE
### (DISTRIBUTION OF COCAINE BASE)

That on or about June 10, 2021, in the Macon Division of the Middle District of Georgia, the defendant,

**DAMON HAYES,**
**a/k/a "D - 5,"**

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

Before Damon Hayes committed the offense charged in this count, Damon Hayes had a final conviction for a serious drug felony, namely, a conviction under Georgia law for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT SIX
### (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

That on or about August 10, 2021, in the Macon Division of the Middle District of Georgia, the defendant,

**ANTONIO MASON,**

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**LAGARY WILLIAMS,**
a/k/a "Frog",
and
**BRANDON ECTOR**
a/k/a "Big",

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: at least five-hundred grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### (POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**LAGARY WILLIAMS,**
a/k/a "Frog",
and
**BRANDON ECTOR**
a/k/a "Big",

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: at least five-hundred grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT NINE
### (POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**LAGARY WILLIAMS,**
a/k/a "Frog",
and
**BRANDON ECTOR**
a/k/a "Big",

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: at least 28 grams of a mixture or substance containing a detectable amount of cocaine base also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT TEN
### (POSSESSION OF FENTANYL WITH INTENT TO DISTRIBUTE)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**LAGARY WILLIAMS,**
a/k/a "Frog",
and
**BRANDON ECTOR**
a/k/a "Big",

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled

substance, to wit: a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, in an amount of four hundred (400) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

### COUNT ELEVEN
### (POSSESSION OF A FIREARM IN FURTHERANCE OF
### A DRUG TRAFFICKING CRIME)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**LAGARY WILLIAMS,**
a/k/a "Frog",
and
**BRANDON ECTOR**
a/k/a "Big",

aided and abetted by each other, did knowingly possess firearms, to wit, a Glock 19, 9mm pistol [S/N: BNDX142], a Ruger model 57 handgun, bearing serial number 641-62789, and a Ruger Model 57 handgun, bearing serial number 641-47282, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the offenses set forth in Counts Seven through Ten of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

### COUNT TWELVE
### (POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**DAMON HAYES,**
a/k/a "D - 5,"
**QUINTAVIOUS HORTON,**
a/k/a "Bloody Bae",
**EARNEST HAMILTON**
a/k/a "Hamp,"

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

Before Damon Hayes committed the offense charged in this count, Damon Hayes had a final conviction for a serious drug felony, namely, a conviction under Georgia law for O.C.G.A. § 16-13-30(b) in the Superior Court of Baldwin County, Georgia for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT THIRTEEN
## (POSSESSION OF FENTANYL WITH INTENT TO DISTRIBUTE)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**DAMON HAYES,**
a/k/a "D - 5,"
**QUINTAVIOUS HORTON,**
a/k/a "Bloody Bae",
**EARNEST HAMILTON**
a/k/a "Hamp,"

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
## (POSSESSION OF A FIREARM IN FURTHERANCE OF
## A DRUG TRAFFICKING CRIME)

That on or about September 10, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**DAMON HAYES,**
a/k/a "D - 5,"
**QUINTAVIOUS HORTON,**
a/k/a "Bloody Bae",
**EARNEST HAMILTON**
a/k/a "Hamp,"

aided and abetted by each other, did knowingly possess a firearm, to wit, a Remington 870, 12 Gauge shotgun, bearing serial number B852834U, and a Western Auto Supply Company, Revelation Model 120, .22 caliber rifle, bearing serial number 26223363, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the offense set forth in Counts Twelve and Thirteen of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented By:

PETER D. LEARY
UNITED STATES ATTORNEY

_C. Shanelle Booth_ (with express permission for)
ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9 day of Aug, AD 2022.

_C. Austton_
Deputy Clerk

11