RECD'D 23 JUN 21 PM03:51 MDGA MAC

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:22-CR-40-MTT |
| v. | : |
| ANTONIO MASON, | : SUPERSEDING INFORMATION |
| Defendant. | : VIOLATIONS: |
| | : 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 841(b)(1)(C) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
## (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

That on or about August 10, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere, the defendant,

**ANTONIO MASON**

did knowingly and intentionally possess a Schedule II controlled substance, with the intent to distribute said substance, to wit: an amount of methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(C).

PETER D. LEARY
UNITED STATES ATTORNEY

By: _____
ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY